**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. Magistrate Judge:** David K. Duncan | **Date:** May 24, 2017 |
| **USA v. Yomtov Scott Menaged** | **Case Number:** CR-17-00680-001-PHX-GMS |

**Assistant U.S. Attorney:** Monica B. Edelstein
**Attorney for Defendant:** Clark Derrick, Retained
**Interpreter:** N/A
**Defendant:** ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody   ☐ Summons   ☐ Writ

**INITIAL APPEARANCE**
**Date of Arrest:** May 24, 2017
☐ Warrant Other District
☒ Financial Affidavit taken   ☐ NO Financial Affidavit taken
PTS recommends release;  Gov't ☐ concurs   ☒ objects

The Court is in receipt of a Notice of Limited Appearance and informed defendant may qualify for court-appointed counsel.

Detention Hearing and Status Hearing re: Possible appointment of counsel set for June 2, 2017 at 10:30 AM before Magistrate Judge Burns in courtroom 303.

The Government moves to unseal the case. SO ORDERED.

**ARRAIGNMENT HEARING**
☒ Held   ☐ Continued   ☐ Submitted

Plea of NOT guilty entered to all pending counts.

☒ Defendant provided with copy of Indictment.  ☒ Reading waived.

**TRIAL:** July 5, 2017 **at 9:00 a.m. before the Honorable G. Murray Snow in courtroom 602**

**PRETRIAL MOTIONS DEADLINE:** 21 days

| | |
|---|---|
| | IA   1 min |
| | ARR  1 min |
| **Recorded By** Courtsmart | **Start:** 3:26 PM |
| **Deputy Clerk** Caryn Smith | **Stop:**  3:44 PM |